E-FILED
Friday, 30 January, 2009  01:30:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EDWARD MCINTYRE JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 09-2026 |
| v. ) | |
| ) | |
| CANADIAN NATIONAL/ILLINOIS ) | |
| CENTRAL RAILROAD COMPANY ) | **JURY TRIAL DEMANDED** |
| COMPANY, ) | |
| Registered Agent: ) | CLERK TO ISSUE SUMMONS |
| CT Corporation System ) | |
| 208 S. LaSalle St., Suite 814 ) | FILED |
| Chicago, Il 60604 ) | |
| ) | JAN 3 0 2009 |
| Defendant. ) | |
| | CLERK OF THE COURT |
| | U.S. DISTRICT COURT |
| | CENTRAL DISTRICT OF ILLINOIS |

**COMPLAINT**

COMES NOW plaintiff, Edward McIntyre, Jr., by and through his attorneys, Holland, Groves, Schneller & Stolze, and for his cause of action against the defendant, Canadian National/Illinois Central Railroad Company (CN/IC), states:

**(Federal Employers' Liability Act)**

1. The action arises out of the Federal Employers' Liability Act, 45 U.S.C., Sec. 51, <u>et</u> <u>seq.</u>

2. The defendant, CN/IC, is now, and was at all times hereinafter mentioned a railroad corporation duly organized and existing according to law to engage in, and was engaged in, business as a common carrier in interstate commerce between the several states of the United States.

3. That at all times relevant herein, including the present, the defendant has operated trains, owned tracks and yards and other property in the County of Kankakee, State of Illinois. That the defendant owns, operates and controls a railroad running between the County of Kankakee, State of Illinois, and other states in the United States. That the defendant resides, can be found in, and served in the County of Kankakee, State of Illinois.

4. That the plaintiff, Edward McIntyre, Jr., is a resident of the City of Gilman, Illinois.

5. That at all times relevant herein, the plaintiff, Edward McIntyre, Jr., was employed by the defendant, CN/IC, as a Machine Operator for the defendant's Maintenance of Way Department, and that his work substantially affected interstate commerce.

6. All of the property, equipment, and operations involved in this occurrence herein referred to were owned and/or under the direct and exlusive control of the defendant, their agents, servants, workmen, and/or employees.

7. That on or about July 31, 2008, at or near the defendant's Main Track at Mile Post 56.7, plaintiff injured his neck, back, left shoulder and has a torn left rotator cuff when the ballast regulator he was operating struck a partially buried, poorly marked and poorly located piece of concrete, causing plaintiff's injuries.

8. Plaintiff states that his injuries and damages resulted in whole or in part from the negligent acts or omissions of the defendant in one or more of the following particulars:

a) Defendant failed to provide plaintiff with a reasonably safe place to work; or

b) Defendant failed to provide reasonably safe conditions for work; or

c) Defendant failed to provide reasonably safe methods of work; or

d) Defendant failed to provide reasonably safe equipment or tools for work; or

e) Defendant failed to adequately inspect or maintain its rail bed.

9. As a result of the aforementioned conduct of the defendant, plaintiff was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered injuries to his neck, back, left shoulder and left arm and/or left upper extremity, and the nerves, ligaments, soft tissues and adjacent structures; Plaintiff suffered and will continue to suffer mental anguish; Plaintiff was caused to undergo medical treatment, tests, therapy, x-rays and surgury and will require future medical treatment and surgeries; Plaintiff has lost wages, fringe benefits and will in the future lose further such wages and fringe benefits; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums for medical treatment. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a

result of defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damage.

WHEREFORE, plaintiff, Edward McIntyre Jr., prays for Judgment against the defendant, Canadian National/Illinois Central Railroad Company, for monetary damages in an amount in excess of the jurisdictional minimum, together with his costs herein expended, prejudgment interest and for such other and further relief as the court may deem just and proper.

HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C.

_____
GERARD B. SCHNELLER (IL No.06205863)
300 N. Tucker, Suite 801
St. Louis, MO 63101
(314)241-8111
(314)241-5554 (fax)

4

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
EDWARD MCINTYRE, JR.

**DEFENDANTS**
Canadian National/Illinois Central Railroad Company

**(b)** County of Residence of First Listed Plaintiff: Iroquois County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Holland, Groves, Schneller & Stolze, LLC, 300 N. Tucker Blvd., Suite 801, St. Louis, MO 63101, (314)241-8111

Attorneys (If Known)
Not Known

09-2026

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

FILED
JAN 30 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
45 U.S.C. 51-60

Brief description of cause:
Railroad conductor hurt right knee during course and scope of his employment with the defendant

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 1/26/09
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____